FILED by CF D.C.
ELECTRONIC
NOV 7, 2007
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 06-20758-CR-ALTONAGA(s)(s)**
**18 U.S.C. § 2340A(c)**
**18 U.S.C. § 2340A(a)**
**18 U.S.C. § 924(o)**
**18 U.S.C. § 924(c)**
**18 U.S.C. § 2**

**UNITED STATES OF AMERICA**

**vs.**

**ROY M. BELFAST, Jr.,**
**a/k/a "Chuckie Taylor,"**
**a/k/a "Charles Taylor, Jr.,"**
**a/k/a "Charles Taylor II,"**
**a/k/a "Charles McArther Emmanuel"**
_______________________________/

## SECOND SUPERSEDING INDICTMENT

The Grand Jury charges that:

## INTRODUCTORY ALLEGATIONS

1. The defendant, **ROY M. BELFAST, Jr., a/k/a "Chuckie Taylor," a/k/a "Charles Taylor, Jr.," a/k/a "Charles Taylor II," a/k/a "Charles McArther Emmanuel,"** is a national of the United States who was born in Boston, Massachusetts, under the name of Charles McArther Emmanuel.

2. The defendant, **ROY M. BELFAST, Jr., a/k/a "Chuckie Taylor," a/k/a "Charles Taylor, Jr.," a/k/a "Charles Taylor II," a/k/a "Charles McArther Emmanuel,"** had his name legally changed to Roy McArthur Belfast, Jr. on or about January 30, 1990.

3. The defendant, **ROY M. BELFAST, Jr., a/k/a "Chuckie Taylor," a/k/a "Charles**

**Taylor, Jr.," a/k/a "Charles Taylor II," a/k/a "Charles McArther Emmanuel,"** is present in the United States, having arrived at Miami International Airport in Miami-Dade County in the Southern District of Florida on or about March 30, 2006, and having remained in Miami-Dade County in the Southern District of Florida through and including the filing date of this Indictment.

4. The defendant, **ROY M. BELFAST, Jr., a/k/a "Chuckie Taylor," a/k/a "Charles Taylor, Jr.," a/k/a "Charles Taylor II," a/k/a "Charles McArther Emmanuel,"** was arrested in connection with this case in Miami-Dade County in the Southern District of Florida.

**<u>GENERAL ALLEGATIONS</u>**

At all times relevant to this Indictment:

1. The Republic of Liberia (hereinafter "Liberia") was a country located in West Africa, sharing borders with the countries of Guinea, the Ivory Coast, and Sierra Leone.

2. The capital of Liberia was the city of Monrovia, Liberia.

3. The President of Liberia was Charles McArthur Taylor.

4. The offices and official residence of the President of Liberia were located in Monrovia in a building known as the Executive Mansion.

5. The personal residence of Charles McArthur Taylor was located in a compound known as Whiteflower, in the Congotown section of Monrovia.

6. The defendant, **ROY M. BELFAST, Jr., a/k/a "Chuckie Taylor," a/k/a "Charles Taylor, Jr.," a/k/a "Charles Taylor II," a/k/a "Charles McArther Emmanuel,"** was the son of Charles McArthur Taylor, the President of Liberia.

7. The national military for Liberia was the Armed Forces of Liberia ("AFL").

8. The national police force for Liberia was the Liberian National Police ("LNP").

9. Liberia also had an armed security force known as the Special Security Service ("SSS") with responsibilities that included combating armed rebel groups and providing security for government officials.

10. Liberia also had an armed security force known as the Antiterrorist Unit ("ATU"), and also known as the Demon Forces, with responsibilities that included providing security for the President.

11. The ATU received training and operated a base at Gbatala, Liberia.

12. The defendant, **ROY M. BELFAST, Jr., a/k/a "Chuckie Taylor," a/k/a "Charles Taylor, Jr.," a/k/a "Charles Taylor II," a/k/a "Charles McArther Emmanuel,"** had authority to command members of the ATU.

13. The defendant, **ROY M. BELFAST, Jr., a/k/a "Chuckie Taylor," a/k/a "Charles Taylor, Jr.," a/k/a "Charles Taylor II," a/k/a "Charles McArther Emmanuel,"** participated in joint activities with Liberian security forces, including among others the ATU, the Special Security Service and the Liberian National Police.

## COUNT ONE

1. Paragraphs 1-4 of the Introductory Allegations portion of this Indictment and Paragraphs 1-13 of the General Allegations portion of this Indictment are realleged and incorporated by reference as if fully set forth herein.

2. From in or about April, 1999, to on or about July 18, 2003, while outside of the United States and in Liberia, the defendant,

**ROY M. BELFAST, JR.,**
**a/k/a "Chuckie Taylor,"**
**a/k/a "Charles Taylor, Jr.,"**
**a/k/a "Charles Taylor II,"**
**a/k/a "Charles McArther Emmanuel,"**

did knowingly combine, conspire, confederate and agree with others known and unknown to the grand jury to commit torture, in that the defendant and others conspired to commit acts, under the color of law, with the specific intent to inflict severe physical pain and suffering upon other persons, including persons known to the grand jury (referred to collectively herein as "the victims"), within the conspirators' custody and physical control.

**Object of the Conspiracy**

3. It was the object of the conspiracy to maintain, preserve, protect and strengthen the power and authority of Charles McArthur Taylor's presidency, and to intimidate, neutralize, punish, weaken and eliminate actual and perceived opponents of and threats to his administration, by means of torture, in violation of Title 18, United States Code, Sections 2340A and 2340(1).

**Manner and Means of the Conspiracy**

The manner and means by which members of the conspiracy sought to accomplish its goals included: that the defendant and others known and unknown to the grand jury used the ATU and other police and security forces to seize, imprison at various locations, and interrogate persons about actual, perceived and potential opposition to the Taylor presidency, and to mistreat persons including by acts specifically intended to inflict severe physical pain and suffering.

**Acts In Furtherance of the Conspiracy**

In furtherance of the conspiracy and to accomplish its purpose and objects, at least one of the conspirators committed, and caused to be committed, outside of the United States and in Liberia, at

least one of the following acts, among others:

VICTIMS #1-4

1. In or about April, 1999, in the vicinity of a checkpoint at the St. Paul River bridge at Gbalatuah, Liberia, the defendant, **ROY M. BELFAST, Jr., a/k/a "Chuckie Taylor," a/k/a "Charles Taylor, Jr.," a/k/a "Charles Taylor II," a/k/a "Charles McArther Emmanuel,"** demanded that a group of individuals fleeing the town of Voinjama, Liberia, identify if they were rebels.

2. In or about April, 1999, in the vicinity of the checkpoint at the St. Paul River bridge at Gbalatuah, Liberia, the defendant, **ROY M. BELFAST, Jr., a/k/a "Chuckie Taylor," a/k/a "Charles Taylor, Jr.," a/k/a "Charles Taylor II," a/k/a "Charles McArther Emmanuel,"** selected three persons from the group and summarily shot them in front of the others in the group.

3. In or about April, 1999, the defendant, **ROY M. BELFAST, Jr., a/k/a "Chuckie Taylor," a/k/a "Charles Taylor, Jr.," a/k/a "Charles Taylor II," a/k/a "Charles McArther Emmanuel,"** caused members of the group, including two individuals known to the grand jury and hereinafter referred to as Victims #1 and #2, as well as other persons known to the grand jury (hereinafter referred to as Victim #3 and Victim #4), as well as persons unknown to the grand jury, to be transported to a police station in Gbarnga, Liberia.

4. In or about April, 1999, the defendant, **ROY M. BELFAST, Jr., a/k/a "Chuckie Taylor," a/k/a "Charles Taylor, Jr.," a/k/a "Charles Taylor II," a/k/a "Charles McArther Emmanuel,"** and ATU members severely beat Victim #1 with instruments including firearms.

5. In or about April, 1999, the defendant, **ROY M. BELFAST, Jr., a/k/a "Chuckie Taylor," a/k/a "Charles Taylor, Jr.," a/k/a "Charles Taylor II," a/k/a "Charles McArther**

**Emmanuel,"** caused members of the ATU to transport Victims #1-4 and others, while they were bound, to the ATU base at Gbatala, Liberia, where Victims #1-4 were placed in pits in the ground covered with iron bars and barbed wire.

6. In or about April, 1999, at the ATU base in Gbatala, Liberia, members of the ATU punished Victim #2 for failing to report the attempted escape from Gbatala of Victim #1 and Victim #4 by dripping molten plastic on Victim #2's skin.

7. In or about April, 1999, at the ATU base in Gbatala, Liberia, while Victim #2's hands were tied to iron bars above his head, the defendant, **ROY M. BELFAST, Jr., a/k/a "Chuckie Taylor," a/k/a "Charles Taylor, Jr.," a/k/a "Charles Taylor II," a/k/a "Charles McArther Emmanuel,"** burned Victim #2's wrist with a lit cigarette.

8. In or about April, 1999, after Victim #1 and Victim #4 were recaptured and returned to the ATU base in Gbatala, the defendant, **ROY M. BELFAST, Jr., a/k/a "Chuckie Taylor," a/k/a "Charles Taylor, Jr.," a/k/a "Charles Taylor II," a/k/a "Charles McArther Emmanuel,"** assembled other Gbatala prisoners and ordered ATU soldiers to kill Victim #4. After a soldier raised his gun as if to shoot Victim #4, the defendant specifically ordered that the soldier not fire the weapon but cut off Victim #4's head. In the defendant's presence, ATU soldiers then restrained Victim #4's arms from behind and forced Victim #4's body and head towards the ground near a bucket. The soldiers then severed Victim #4's head by cutting his throat from back to front as blood dripped into the bucket, while Victim #4 screamed and begged for his life.

9. In or about April, 1999, following an additional unsuccessful escape attempt from the ATU base in Gbatala, Liberia, by Victim #1, Victim #2, and another individual known to the grand jury, the defendant, **ROY M. BELFAST, Jr., a/k/a "Chuckie Taylor," a/k/a "Charles Taylor,**

**Jr.," a/k/a "Charles Taylor II," a/k/a "Charles McArther Emmanuel,"** and members of the ATU beat Victim #2 by striking him repeatedly with a weapon about the body and stabbed him with a bayonet.

10. In or about April, 1999, at the ATU base in Gbatala, Liberia, the defendant, **ROY M. BELFAST, Jr., a/k/a "Chuckie Taylor," a/k/a "Charles Taylor, Jr.," a/k/a "Charles Taylor II," a/k/a "Charles McArther Emmanuel;"** an individual known to the grand jury referred to herein as co-conspirator D; and ATU soldiers burned Victim #1 on his body, including on his genitals, feet, and leg, using molten candle wax, molten plastic and a lit cigarette.

11. In or about April, 1999, at the ATU base in Gbatala, Liberia, the defendant, **ROY M. BELFAST, Jr., a/k/a "Chuckie Taylor," a/k/a "Charles Taylor, Jr.," a/k/a "Charles Taylor II," a/k/a "Charles McArther Emmanuel,"** caused Victims #1-3 to be blindfolded, bound and transported to Monrovia, Liberia.

12. In or about April, 1999, in Monrovia, Liberia, co-conspirator C, in the presence of the defendant, **ROY M. BELFAST, Jr., a/k/a "Chuckie Taylor," a/k/a "Charles Taylor, Jr.," a/k/a "Charles Taylor II," a/k/a "Charles McArther Emmanuel,"** and others, threatened Victims #1-3 that they would be taken to the beach and buried.

13. In or about April, 1999, at Monrovia, Liberia, Victims #1-3 were transported to the Barclay Training Center.

VICTIM #5

14. On or about August 23, 1999, in the vicinity of a checkpoint at the St. Paul River bridge at Gbalatuah, Liberia, the defendant, **ROY M. BELFAST, Jr., a/k/a "Chuckie Taylor," a/k/a "Charles Taylor, Jr.," a/k/a "Charles Taylor II," a/k/a "Charles McArther Emmanuel,"** ordered the confinement of a person known to the grand jury and hereinafter referred to as Victim

#5.

15. On or about August 23, 1999, in the vicinity of a checkpoint at the St. Paul River bridge at Gbalatuah, Liberia, the defendant, **ROY M. BELFAST, Jr., a/k/a "Chuckie Taylor," a/k/a "Charles Taylor, Jr.," a/k/a "Charles Taylor II," a/k/a "Charles McArther Emmanuel,"** caused members of the ATU to bind, blindfold and transport Victim #5 to their base at Gbatala.

16. On or about August 23, 1999, at the ATU base in Gbatala, Liberia, the defendant, **ROY M. BELFAST, Jr., a/k/a "Chuckie Taylor," a/k/a "Charles Taylor, Jr.," a/k/a "Charles Taylor II," a/k/a "Charles McArther Emmanuel,"** ordered that Victim #5 be tortured.

17. On or about August 23, 1999, at the ATU base in Gbatala, Liberia, the defendant, **ROY M. BELFAST, Jr., a/k/a "Chuckie Taylor," a/k/a "Charles Taylor, Jr.," a/k/a "Charles Taylor II," a/k/a "Charles McArther Emmanuel,"** ordered co-conspirator D to cut Victim #5's genitals, which co-conspirator D did.

18. On or about August 23, 1999, at the ATU base in Gbatala, Liberia, persons unknown to the grand jury put Victim #5 into a pit in the ground.

19. In or about September-October, 1999, at the ATU base in Gbatala, Liberia, the defendant, **ROY M. BELFAST, Jr., a/k/a "Chuckie Taylor," a/k/a "Charles Taylor, Jr.," a/k/a "Charles Taylor II," a/k/a "Charles McArther Emmanuel,"** ordered Victim #5 to "run the rim," that is, making Victim #5 run in circles while carrying a long log the width of a telephone pole on his shoulders, as an ATU soldier repeatedly struck the log with an object, sending repeated waves of pain running through Victim #5's body.

20. In or about September-October, 1999, at the ATU base in Gbatala, Liberia, and subsequent to the defendant's order to torture Victim #5, ATU soldiers unknown to the grand jury burned Victim #5 by dripping molten plastic onto him while he was confined in a pit.

21. In or about September-October, 1999, at the ATU base in Gbatala, Liberia, ATU soldiers unknown to the grand jury jabbed and struck prisoners, including Victim #5, confined in the pits with sharp metal rods, cutting the fingers and hands of the prisoners as they tried to protect their heads.

22. In or about September-October, 1999, at the ATU base in Gbatala, Liberia, ATU soldiers unknown to the grand jury shoveled stinging ants into an underground pit where Victim #5 and others were detained, while Victim #5 was naked.

23. On or about October 29, 1999, at the ATU base in Gbatala, Liberia, the defendant,**ROY M. BELFAST, Jr., a/k/a "Chuckie Taylor," a/k/a "Charles Taylor, Jr.," a/k/a "Charles Taylor II," a/k/a "Charles McArther Emmanuel,"** ordered Victim #5 and others to be sent to the Gbarnga police station and warned Victim #5 and others not to reveal their treatment at Gbatala.

VICTIM #6

24. On or about July 24, 2002, in Monrovia, Liberia, members of the ATU and the LNP seized a person known to the grand jury (hereinafter referred to as Victim #6) from his home.

25. On or about July 24, 2002, in Monrovia, Liberia, members of the LNP and others transported Victim #6 to various locations, finally arriving at Whiteflower, the residence of Charles McArthur Taylor.

26. On or about July 24, 2002, at Whiteflower, in Monrovia, Liberia, the defendant,**ROY M. BELFAST, Jr., a/k/a "Chuckie Taylor," a/k/a "Charles Taylor, Jr.," a/k/a "Charles Taylor II," a/k/a "Charles McArther Emmanuel,"** attended the interrogation of Victim #6.

27. On or about July 24, 2002, in Monrovia, Liberia, a person known to the grand jury (hereinafter referred to as co-conspirator B) who was a member of the Special Security Service transported Victim #6 for continued interrogation at co-conspirator B's residence.

28. On or about July 24, 2002, in Monrovia, Liberia, the defendant, **ROY M. BELFAST, Jr., a/k/a "Chuckie Taylor," a/k/a "Charles Taylor, Jr.," a/k/a "Charles Taylor II," a/k/a "Charles McArther Emmanuel,"** left Whiteflower for co-conspirator B's residence for continued interrogation of Victim #6 at co-conspirator B's residence.

29. On or about July 24, 2002, in co-conspirator B's garage in Monrovia, Liberia, while threatening Victim #6 at gunpoint, the defendant, **ROY M. BELFAST, Jr., a/k/a "Chuckie Taylor," a/k/a "Charles Taylor, Jr.," a/k/a "Charles Taylor II," a/k/a "Charles McArther Emmanuel,"** forced Victim #6 to hold scalding water in his hands.

30. On or about July 24, 2002, in co-conspirator B's garage in Monrovia, Liberia, co-conspirator B poured scalding water on other locations of Victim #6's body.

31. On or about July 24, 2002, in co-conspirator B's garage in Monrovia, Liberia, co-conspirator B repeatedly applied a hot iron to Victim #6's flesh.

32. On or about July 24, 2002, in co-conspirator B's garage in Monrovia, Liberia, the defendant, **ROY M. BELFAST, Jr., a/k/a "Chuckie Taylor," a/k/a "Charles Taylor, Jr.," a/k/a "Charles Taylor II," a/k/a "Charles McArther Emmanuel,"** repeatedly shocked Victim #6's genitals and other body parts with an electrical device.

33. On or about July 24, 2002, in co-conspirator B's garage in Monrovia, Liberia, co-conspirator B rubbed salt into Victim #6's open wounds.

34. On or about July 24, 2002, members of the conspiracy sent Victim #6 to Klay, Liberia, the first of several successive detention facilities.

VICTIM #7

35. In or about September, 2002, in Monrovia, Liberia, members of the ATU unknown to the grand jury seized a person known to the grand jury and referred to herein as Victim #7, and

brought Victim #7 to the police station in Monrovia.

36. In or about September, 2002, in Monrovia, Liberia, persons unknown to the grand jury brought Victim #7 to Whiteflower, the residence of Charles McArthur Taylor, where the defendant, **ROY M. BELFAST, Jr., a/k/a "Chuckie Taylor," a/k/a "Charles Taylor, Jr.," a/k/a "Charles Taylor II," a/k/a "Charles McArther Emmanuel,"** was present with others.

37. In or about September, 2002, in Monrovia, Liberia, persons unknown to the grand jury brought Victim #7 from Whiteflower to co-conspirator B's garage.

38. In or about September, 2002, in co-conspirator B's garage in Monrovia, Liberia, co-conspirator B threatened Victim #7 with an electrical device.

39. In or about September, 2002, in co-conspirator B's garage in Monrovia, Liberia, co-conspirator B sodomized Victim #7 with an electrical device.

40. In or about September, 2002, in co-conspirator B's garage in Monrovia, Liberia, co-conspirator B shocked Victim #7 with an electrical device on different parts of his body.

41. In or about September, 2002, in co-conspirator B's garage in Monrovia, Liberia, co-conspirator B applied a hot iron to Victim #7's flesh.

42. In or about September, 2002, in the area of co-conspirator B's garage in Monrovia, Liberia, and in the presence of the beaten, shocked and burned Victim #7, the defendant, **ROY M. BELFAST, Jr., a/k/a "Chuckie Taylor," a/k/a "Charles Taylor, Jr.," a/k/a "Charles Taylor II," a/k/a "Charles McArther Emmanuel,"** ordered that Victim #7's treatment continue.

43. Beginning in or about September, 2002, persons unknown to the grand jury transported Victim #7 to various successive detention facilities, including at Klay, Liberia.

All in violation of Title 18, United States Code, Sections 2340A(c) and 2340A(a).

Pursuant to Title 18, United States Code, Section 2340A(a), it is further alleged that death

resulted to Victim #4 from prohibited conduct.

**COUNT TWO**

1. Paragraphs 1 - 4 of the Introductory Allegations portion of this Indictment and Paragraphs 1-13 of the General Allegations portion of this Indictment are realleged and incorporated by reference as if fully set forth herein.

2. From in or about April, 1999, to on or about July 18, 2003, while outside of the United States and in Liberia, the defendant,

**ROY M. BELFAST, JR.,**
**a/k/a "Chuckie Taylor,"**
**a/k/a "Charles Taylor, Jr.,"**
**a/k/a "Charles Taylor II,"**
**a/k/a "Charles McArther Emmanuel,"**

who was arrested in Miami-Dade County in the Southern District of Florida, did knowingly conspire with others known and unknown to the grand jury, during and in relation to a crime of violence which is a felony prosecutable in a court of the United States, that is: violations of Title 18, United States Code, Section 2340A (as set forth above in Count One and below in Counts Three through Seven of this indictment), to use and carry firearms, and, in furtherance of that felony as set forth in Counts One and Three through Seven of this indictment, to possess said firearms, in violation of Title 18, United States Code, Section 924(c), all in violation of Title 18, United States Code, Section 924(o).

**COUNT THREE**

1. Paragraphs 1 - 4 of the Introductory Allegations portion of this Indictment and Paragraphs 1-13 of the General Allegations portion of this Indictment are realleged and incorporated by reference as if fully set forth herein.

2. In or about April, 1999, while outside of the United States and in Liberia, the defendant,

**ROY M. BELFAST, JR.,**
**a/k/a "Chuckie Taylor,"**
**a/k/a "Charles Taylor, Jr.,"**
**a/k/a "Charles Taylor II,"**
**a/k/a "Charles McArther Emmanuel,"**

and others known and unknown to the grand jury did, while specifically intending to inflict severe physical pain and suffering, commit and attempt to commit torture, while acting under color of law, by committing and causing and aiding and abetting others to commit acts against another person known to the grand jury (referred to herein as Victim #1), that is: by severely and repeatedly beating Victim #1 including by striking him repeatedly with firearms and other objects; by burning Victim #1's flesh with molten plastic; by burning Victim #1's feet, genitals, and other flesh using molten candle wax; and by burning Victim #1 with a lit cigarette, all while Victim #1 was within the custody and physical control of the defendant and others known and unknown to the grand jury, in violation of Title 18, United States Code, Sections 2340A and 2340(1), and Title 18, United States Code, Section 2.

**COUNT FOUR**

1. Paragraphs 1 - 4 of the Introductory Allegations portion of this Indictment and Paragraphs 1-13 of the General Allegations portion of this Indictment are realleged and incorporated by reference as if fully set forth herein.

2. In or about April, 1999, while outside of the United States and in Liberia, the defendant,

**ROY M. BELFAST, JR.,**
**a/k/a "Chuckie Taylor,"**
**a/k/a "Charles Taylor, Jr.,"**
**a/k/a "Charles Taylor II,"**
**a/k/a "Charles McArther Emmanuel,"**

and others known and unknown to the grand jury did, while specifically intending to inflict severe physical pain and suffering, commit and attempt to commit torture, while acting under color of law,

by committing and causing and aiding and abetting others to commit acts against another person known to the grand jury (referred to herein as Victim #2), that is: by severely and repeatedly beating Victim #2 including by striking him repeatedly with firearms and other objects; by burning Victim #2's wrist with a lit cigarette while he was bound to iron bars above his head; by burning Victim #2's flesh with molten plastic; and by stabbing Victim #2 with a bayonet, all while Victim #2 was within the custody and physical control of the defendant and others known and unknown to the grand jury, in violation of Title 18, United States Code, Sections 2340A and 2340(1), and Title 18, United States Code, Section 2.

**COUNT FIVE**

1. Paragraphs 1-4 of the Introductory Allegations portion of this Indictment and Paragraphs 1-13 of the General Allegations portion of this Indictment, are realleged and incorporated by reference as if fully set forth herein.

2. From in or about August, 1999, and continuing through in or about October, 1999, while outside of the United States and in Liberia, the defendant,

**ROY M. BELFAST, JR.,**
**a/k/a "Chuckie Taylor,"**
**a/k/a "Charles Taylor, Jr.,"**
**a/k/a "Charles Taylor II,"**
**a/k/a "Charles McArther Emmanuel,"**

and others known and unknown to the grand jury did, while specifically intending to inflict severe physical pain and suffering, commit and attempt to commit torture, while acting under color of law, by committing and causing and aiding and abetting others to commit acts against another person known to the grand jury (referred to herein as Victim #5), that is: by cutting Victim #5's genitals with a knife; by forcing Victim #5 to "run the rim" as described at Numbered Paragraph 19 of Count One, incorporated and realleged herein by reference; by burning Victim #5's flesh with molten

plastic; by cutting Victim #5's fingers and hands with sharp, metal rods while Victim #5 tried to protect himself while detained in a pit; and by shoveling stinging ants in the pit where Victim #5 was being detained, all while Victim #5 was within the custody and physical control of the defendant and others known and unknown to the grand jury, in violation of Title 18, United States Code, Sections 2340A and 2340(1), and Title 18, United States Code, Section 2.

## COUNT SIX

1. Paragraphs 1 - 4 of the Introductory Allegations portion of this Indictment and Paragraphs 1-13 of the General Allegations portion of this Indictment are realleged and incorporated by reference as if fully set forth herein.

2. On or about July 24, 2002, while outside of the United States and in Liberia, the defendant,

**ROY M. BELFAST, JR.,**
**a/k/a "Chuckie Taylor,"**
**a/k/a "Charles Taylor, Jr.,"**
**a/k/a "Charles Taylor II,"**
**a/k/a "Charles McArther Emmanuel,"**

and others known and unknown to the grand jury did, while specifically intending to inflict severe physical pain and suffering, commit and attempt to commit torture, while acting under color of law, by committing and causing and aiding and abetting others to commit acts against another person known to the grand jury (referred to herein as Victim #6), that is: by burning Victim #6's flesh with a hot iron; by forcing Victim #6 at gunpoint to hold scalding water in his hands; by burning other parts of Victim #6's flesh with scalding water; by shocking Victim #6 's genitals and other body parts with an electrical device; and by rubbing salt into Victim #6's wounds, all while Victim #6 was within the custody and physical control of the defendant and others known and unknown to the grand jury, in violation of Title 18, United States Code, Sections 2340A and 2340(1), and Title 18, United

States Code, Section 2.

**COUNT SEVEN**

1. Paragraphs 1-4 of the Introductory Allegations portion of this Indictment and Paragraphs 1-13 of the General Allegations portion of this Indictment are realleged and incorporated by reference as if fully set forth herein.

2. On or about September, 2002, while outside of the United States and in Liberia, the defendant,

**ROY M. BELFAST, JR.,**
**a/k/a "Chuckie Taylor,"**
**a/k/a "Charles Taylor, Jr.,"**
**a/k/a "Charles Taylor II,"**
**a/k/a "Charles McArther Emmanuel,"**

and others known and unknown to the grand jury did, while specifically intending to inflict severe physical pain and suffering, commit and attempt to commit torture, while acting under color of law, by committing and causing and aiding and abetting others to commit acts against another person known to the grand jury (referred to herein as Victim #7), that is: by burning Victim #7's flesh with a hot iron; by sodomizing Victim #7 with an electrical device; and by shocking Victim #7's genitals and other body parts with an electrical device, all while Victim #7 was within the custody and physical control of the defendant and others known and unknown to the grand jury, in violation of Title 18, United States Code, Sections 2340A and 2340(1), and Title 18, United States Code, Section 2.

**COUNT EIGHT**

1. Paragraphs 1- 4 of the Introductory Allegations portion of this indictment are realleged and incorporated by reference as if fully set forth herein.

2. On or about July 24, 2002, the defendant,

**ROY M. BELFAST, JR.,**
**a/k/a "Chuckie Taylor,"**
**a/k/a "Charles Taylor, Jr.,"**
**a/k/a "Charles Taylor II,"**
**a/k/a "Charles McArther Emmanuel,"**

did knowingly use and carry a firearm during and in relation to a crime of violence and did possess a firearm in furtherance of a crime of violence, for which the defendant may be prosecuted in the United States, that is, violation of Title 18, United States Code, Section 2340A(c) as set forth in Count One of this Indictment, and of Title 18, United States Code, Section 2340A as set forth in Counts Three through Seven of this Indictment; all in violation of Title 18, United States Code, Section 924(c)(1)(A).

A TRUE BILL

FOREPERSON

R. ALEXANDER ACOSTA
UNITED STATES ATTORNEY

KAREN E. ROCHLIN
ASSISTANT UNITED STATES ATTORNEY

CAROLINE HECK MILLER
ASSISTANT UNITED STATES ATTORNEY

CHRISTOPHER GRAVELINE, TRIAL ATTORNEY
UNITED STATES DEPARTMENT OF JUSTICE

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA

vs.

ROY M. BELFAST, JR.,

Defendant.

CASE NO. 06-20758-CR-Altonaga(s)(s)

**CERTIFICATE OF TRIAL ATTORNEY***

**Superseding Case Information:**

Court Division: (Select One)

X Miami ___ Key West ___ FTL ___ WPB ___ FTP

New Defendant(s) Yes ___ No X
Number of New Defendants ___
Total number of counts 8

I do hereby certify that:

1. I have carefully considered the allegations of the indictment, the number of defendants, the number of probable witnesses and the legal complexities of the Indictment/Information attached hereto.

2. I am aware that the information supplied on this statement will be relied upon by the Judges of this Court in setting their calendars and scheduling criminal trials under the mandate of the Speedy Trial Act, Title 28 U.S.C. Section 3161.

3. Interpreter: (Yes or No) NO
List language and/or dialect ___

4. This case will take 30 days for the parties to try.

5. Please check appropriate category and type of offense listed below:

| (Check only one) | | | (Check only one) | |
|---|---|---|---|---|
| I | 0 to 5 days | ___ | Petty | ___ |
| II | 6 to 10 days | ___ | Minor | ___ |
| III | 11 to 20 days | ___ | Misdem. | ___ |
| IV | 21 to 60 days | X | Felony | X |
| V | 61 days and over | ___ | | |

6. Has this case been previously filed in this District Court? (Yes or No) Yes
If yes:
Judge: Altonaga(s) Case No 06-CR-20758
(Attach copy of dispositive order)
Has a complaint been filed in this matter? (Yes or No) ___
If yes:
Magistrate Case No. ___
Related Miscellaneous numbers: ___
Defendant(s) in federal custody as of 3/06
Defendant(s) in state custody as of ___
Rule 20 from the ___ District of ___

Is this a potential death penalty case? (Yes or No) NO

7. Does this case originate from a matter pending in the U.S. Attorney's Office prior to April 1, 2003? ___ Yes X No

8. Does this case originate from a matter pending in the U. S. Attorney's Office prior to April 1, 1999? ___ Yes X No
If yes, was it pending in the Central Region? ___ Yes ___ No

9. Does this case originate from a matter pending in the Northern Region of the U.S. Attorney's Office prior to October 14, 2003? ___ Yes X No

10. Does this case originate from a matter pending in the Narcotics Section (Miami) prior to May 18, 2003? ___ Yes X No

11. Does this case originate from a matter pending in the Central Region of the U.S. Attorney's Office prior to September 1, 2007? ___ Yes X No

KAREN E. ROCHLIN
ASSISTANT UNITED STATES ATTORNEY
Florida Bar No.A5500050

*Penalty Sheet(s) attached

REV.9/11/07

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

PENALTY SHEET

**Defendant's Name:** **Roy M. Belfast, Jr.**

**Case No:** 06-20758-CR-ALTONAGA(s)(s)

Count #: 1

Conspiracy to Torture

18 U.S.C. 2340A(c)

*** Max.Penalty:** Life imprisonment

Count #: 2

Conspiracy to use/carry/possess a firearm during a crime of violence

18 U.S.C. 924(o)

***Max. Penalty:** 20 years' imprisonment

Count #: 3-7

Torture

18 U.S.C. 2340A

***Max. Penalty:** 20 years' imprisonment

Count #: 8

Using/carrying/possessing a firearm during a crime of violence

18 U.S.C. 924(c)

***Max. Penalty:** Life years' imprisonment

***Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.**